**Exhibit A to the Complaint**

**Location:** Hillsborough, NJ  
**Total Works Infringed:** 55

**IP Address:** 73.194.102.250  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | EA940B8AA781644B98523FD3D1B0B6809C9A5229 | Blacked | 11/24/2017 13:55:10 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 2 | 05D9E9EB431AEF78D0BD2E16B66F558D4839A3BC | Tushy | 08/16/2017 15:28:45 | 08/09/2017 | 08/17/2017 | 15732986259 |
| 3 | 06E7F8EA128D13A9DE971A1F9ABF96BFED81099C | Blacked | 07/10/2017 21:06:17 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 4 | 084FCDA7C84964DA6E1B05353EE42CFC4B78A5B8 | Tushy | 05/08/2017 13:32:33 | 05/06/2017 | 06/16/2017 | PA0002069288 |
| 5 | 14D2C680AA1DD5543C0413431AA079A985B0DC73 | Blacked | 11/21/2017 03:34:28 | 10/02/2017 | 10/10/2017 | 15894022390 |
| 6 | 17C2B0609BE9B92AE0D1C44F1D6212EA6D1BB636 | Vixen | 08/15/2017 19:45:10 | 08/12/2017 | 08/17/2017 | 15732986308 |
| 7 | 1A1CA004C58E86F2113AD02995E1387B4A025D32 | Blacked | 05/20/2017 12:05:04 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 8 | 2A6509FEA47222250510958EA5C4731EB3FEDDE3 | Blacked | 09/23/2017 16:35:43 | 09/22/2017 | 10/02/2017 | PA0002057455 |
| 9 | 2FE5A77075580DAA4C39306919575DCDAA4749C9 | Blacked | 05/22/2017 11:25:33 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 10 | 30B497F5A2319BD630E2B8B7877A606B5C41E011 | Tushy | 07/08/2017 16:01:13 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 11 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 07/31/2017 14:26:35 | 07/30/2017 | 08/11/2017 | 15711086778 |
| 12 | 323ABA20226A452D66399A3CC61AC61F1DD9232B | Tushy | 12/08/2017 12:15:15 | 12/07/2017 | 12/17/2017 | 16159649536 |
| 13 | 363F883465ADC6B11D45772C3AEF8E932E3BFF73 | Tushy | 08/16/2017 15:33:52 | 08/04/2017 | 08/17/2017 | 15732903865 |
| 14 | 3C75DF0338469C899BB90D1928DCB245E2B3C2CF | Blacked | 06/09/2017 10:44:25 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 15 | 3D975982F1D32ABB38E851EAA39614D3ADCD8FB2 | Blacked | 12/03/2017 00:45:46 | 12/01/2017 | 12/17/2017 | 16159649724 |
| 16 | 48F0D5FBC0D37A6E170636BCB41E5C01D08284A4 | Vixen | 08/23/2017 13:00:15 | 08/17/2017 | 08/24/2017 | 15894022586 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 4B321B55536C35EC1609EE2AB4EFB520A5CFA67D | Vixen | 07/06/2017 13:33:41 | 07/03/2017 | 07/06/2017 | 15584691415 |
| 18 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 09/16/2017 19:40:29 | 09/13/2017 | 09/25/2017 | 15894022635 |
| 19 | 56BB70E2C34826294614E489DD23500BD0D18C66 | Tushy | 05/22/2017 11:29:19 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 20 | 5D9F928A0B3ABCCDCED5FA4D82D5F65F3F3E5FFB | Vixen | 08/11/2017 16:01:55 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 21 | 60C95D0BE2768F19B3B85DDBECABD4D5B1D721BF | Blacked | 09/24/2017 16:28:28 | 06/19/2017 | 07/06/2017 | 15584064069 |
| 22 | 62DEBABF5C6E7174BC6D60794659DE722532235B | Tushy | 07/22/2017 17:53:22 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 23 | 65CF8DA2D031F334F39B20014B15DA107B9EAA15 | Blacked | 08/15/2017 10:38:09 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 24 | 6671533EE8277923DF4254534389F8630C5BF901 | Blacked | 11/20/2017 23:50:31 | 11/16/2017 | 11/18/2017 | 16020392782 |
| 25 | 66882F76290D2AB7DD93C95E6BFA4DE73EB4E64F | Tushy | 09/05/2017 13:45:08 | 06/15/2017 | 07/06/2017 | 15583057198 |
| 26 | 68661CD1EE1348C45DC3065FE720C0C5DB7F5370 | Tushy | 11/24/2017 14:10:44 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 27 | 7186B894DFED282141789D052E4DDCD09764FAA3 | Tushy | 07/19/2017 10:28:30 | 07/15/2017 | 08/10/2017 | 15711014757 |
| 28 | 729C3815122E9D62C4F62EC6CAD5CA5B5EBB95F9 | Blacked | 07/31/2017 13:55:46 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 29 | 771C669842BE814DA19F886EDF5E759B0EC4BF37 | Blacked | 07/05/2017 19:14:35 | 07/04/2017 | 07/06/2017 | 15584063685 |
| 30 | 78F5DACFBD414605C47BD190F5C421E65F70B396 | Tushy | 07/19/2017 10:27:31 | 07/10/2017 | 08/17/2017 | 15732782072 |
| 31 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | Blacked | 11/21/2017 03:47:23 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 32 | 7ABC944228479DD7BDA25CB988228397BA90010D | Blacked | 09/05/2017 13:02:01 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 33 | 84DDAF495CE4C1962249B99CBF02A937A7AF13E7 | Vixen | 05/15/2017 14:26:03 | 05/14/2017 | 06/22/2017 | PA0002039297 |
| 34 | 8AD4B241180853A56EF25F7FEFE3F73F9A6EA01B | Vixen | 06/19/2017 13:17:55 | 06/13/2017 | 07/06/2017 | 15584691589 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | A2C87322636F63116A37FF787A2288CF1B784CC7 | Vixen | 09/12/2017 21:19:48 | 09/11/2017 | 09/20/2017 | PA0002052839 |
| 36 | A5DAB5C75BEE5E7712B44AB312CC175F0E036C7B | Blacked | 09/18/2017 20:42:22 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 37 | AB6FFB0FD899B425F25C5D577CC4811AF5EC369B | Blacked | 07/22/2017 17:59:53 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 38 | B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D | Blacked | 10/30/2017 13:07:10 | 10/27/2017 | 11/15/2017 | 16016503839 |
| 39 | B316A7B2BA822FD11A7D2D2733FE8293C9BE17DC | Tushy | 06/09/2017 10:39:49 | 06/05/2017 | 07/06/2017 | 15583057012 |
| 40 | BBD8C583C0F2F81AC5446E3B871C7F25543D169D | Blacked | 08/30/2017 19:10:53 | 08/28/2017 | 09/07/2017 | PA0002052848 |
| 41 | BC570785D1C924C2FE8D1B5812B987DEC89FFA31 | Vixen | 07/24/2017 18:01:08 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 42 | C28A866375FF6CB8933EE66D5D4642164AF0A438 | Tushy | 06/26/2017 21:02:46 | 06/25/2017 | 07/06/2017 | 15584063333 |
| 43 | C4D962D93D3A28A8A1E03974E4AB29F4BF9E8331 | Vixen | 06/09/2017 11:05:17 | 06/08/2017 | 07/06/2017 | 15584691637 |
| 44 | CB52F9845A15DCB4D40F0CDD424990FB14DEC188 | Blacked | 07/22/2017 17:53:59 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 45 | CFD8561C6C264CCE97E1895E41C6F280B65A0A7E | Blacked | 11/21/2017 03:40:45 | 06/14/2017 | 07/06/2017 | 15584064117 |
| 46 | D15DC5C02BBAC6429D7C3F2AAAD1F90312A0CC33 | Tushy | 08/24/2017 18:31:52 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 47 | D4E2A854B0814D717B082BDE84BDE04FC1FEA8E9 | Blacked | 09/12/2017 20:32:51 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 48 | D513F1B4A7C6B72B1F1CE73FCC38227A6251E4CA | Blacked | 06/26/2017 20:59:26 | 06/24/2017 | 07/06/2017 | 15584064021 |
| 49 | DF2F0748668CCE6590B401717632E8A36D31A48F | Tushy | 07/03/2017 13:00:41 | 06/30/2017 | 07/06/2017 | 15584063421 |
| 50 | DF49DCAF5D121AA71B94F1812A4E67CD44CAB73B | Tushy | 09/11/2017 02:19:01 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 51 | E13DF1C4B0B6D03FB52E1B5B4A384F331B4EA5C1 | Blacked | 06/12/2017 13:27:12 | 06/09/2017 | 07/06/2017 | 15584064165 |
| 52 | E69BB37CE99BE570CC9EB659F45DDEF6E740E3BE | Blacked | 08/15/2017 10:38:20 | 08/13/2017 | 08/17/2017 | 15732986356 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | EECBC957C07B74E8D2C3EDDF2447E1E531CFB050 | Tushy | 06/15/2017 12:19:18 | 06/10/2017 | 07/06/2017 | 15583057070 |
| 54 | F389B96714D70B96EE69FD764815AEA8A809A07F | Tushy | 12/08/2017 12:17:40 | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 55 | F4D697D4CD5A5F484EB93A61F939FD0A7CC52A1F | Blacked | 07/03/2017 13:02:44 | 06/29/2017 | 07/06/2017 | 15584063973 |