

**Fox Rothschild LLP**
ATTORNEYS AT LAW
Mail: P. O. Box 5231, Princeton, NJ 08543-5231

Princeton Pike Corporate Center
997 Lenox Drive
Building 3
Lawrenceville, NJ 08648-2311
Tel (609) 896-3600  Fax (609) 896-1469
www.foxrothschild.com

Office Managing Partner
Gerard P. Norton

JOHN C. ATKIN
Direct No: 609.895.3327
Email: JAtkin@FoxRothschild.com

April 17, 2018

<u>**Via ECF**</u>

The Honorable Brian R. Martinotti
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

>    Re:    **Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 73.194.102.250**
>           **Dkt. No. 3:18-cv-00898-BRM-LHG**

Judge Martinotti:

    We represent Plaintiff Strike 3 Holdings, LLC, in the above-referenced matter. We respectfully write to inform the Court that the parties have reached an agreement in principle to settle this matter. Accordingly, the parties consent to and respectfully request that the Court enter a 60-day order, pursuant to Local Civil Rule 41.1(b).

    Thank you for your attention to this matter.

Respectfully submitted,

*/s/ John C. Atkin*

John C. Atkin